| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NORTH DAKOTA | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JM Grain, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3098913** |
| 4. | **Debtor's address** | **Principal place of business**  **12 North Railroad Street**  **Garrison, ND 58540**  Number, Street, City, State & ZIP Code  **McLean**  County | **Mailing address, if different from principal place of business**  **P. O. Box 248**  **Garrison, ND 58540**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.jmgrain.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Debtor  **JM Grain, Inc.**  Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   1151

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor **JM Grain, Inc.**     Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **JM Grain, Inc.**　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2019**
　　　　　　　　MM / DD / YYYY

**X**　**/s/ Justin E. Flaten**　　　　　　　　　**Justin E. Flaten**
　　　Signature of authorized representative of debtor　　　Printed name

Title  **President**

**18. Signature of attorney**

**X**　**/s/ Caren W. Stanley**　　　　　　　Date  **June 25, 2019**
　　　Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Caren W. Stanley 06100**
Printed name

**Vogel Law Firm**
Firm name

**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**
Number, Street, City, State & ZIP Code

Contact phone  **(701) 237-6983**　　Email address  **cstanley@vogellaw.com**

**06100 ND**
Bar number and State

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 4

Fill in this information to identify the case:

Debtor name: **JM Grain, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NORTH DAKOTA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGT Foods<br>1611 E. Century Ave., Suite 102<br>Bismarck, ND 58503-0780 | | Grain Company | | | | $58,101.60 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Working Capital Account | | | | $76,516.64 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | | | $19,529.47 |
| BNSF Railway Company<br>3110 Solutions Center<br>Chicago, IL 60677-3001 | | Business | | | | $20,897.55 |
| Buhler Inc.<br>28064 Network Place<br>Chicago, IL 60673-1280 | | Equipment Vendor | | | | $98,498.20 |
| Canadian Pacific Railway Co.<br>SOO Line Railroad Company<br>8290 Collection Center Dr.<br>Chicago, IL 60693-0082 | | Transportation providers | | | | $206,196.82 |
| Central Bag Company<br>PO Box 37<br>Lansings, KS 66043 | | Vendor | | | | $51,903.69 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **JM Grain, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Commercial Lynks Inc._**<br>4709B Eisenhower Ave.<br>Alexandria, VA 22304 | | **Grain Company** | | | | $27,792.66 |
| **Cummings Ag Inc**<br>PO Box 152<br>Buxton, ND 58218 | | **Toll processor** | | | | $38,990.22 |
| **Dahl Trucking LLC**<br>9240 HWY 1 South<br>Langdon, ND 58249 | | **Freight provider/vendor** | | | | $32,747.14 |
| **FBN CM LLC**<br>1627 W. Main<br>Bozeman, MT 59715 | | **Grain Company All of the debtor's ... yellow peas, garbanzo beans, green lentils, and any other pulse crops... all proceeds of the foregoing.** | | $863,330.04 | $0.00 | $863,330.04 |
| **FreightQuote**<br>PO Box 9121<br>Minneapolis, MN 55480-9121 | | **Business** | | | | $20,250.00 |
| **Jacintoport International LP**<br>Dept. 1201<br>PO Box 121201<br>Dallas, TX 75312-1201 | | **Business** | | | | $20,520.00 |
| **Koelnmesse GmbH**<br>Messepl. 1,<br>Köln 50679<br>GERMANY | | **Business** | | | | $24,079.00 |
| **Pardue Grain**<br>Roger Samons<br>64 Pardue Road<br>Cut Bank, MT 59427 | | **Toll processor** | | | | $53,071.77 |
| **Rademacher Trucking Inc.**<br>Kevin Rademacher-MC 281148<br>5767 N. 17th Ave.<br>Norwich, ND 58768 | | **Freight provider** | | | | $32,483.43 |
| **Ray-Mont Logistics America Inc.**<br>1751 Richardson, suite 4.500<br>Montreal, QC H3K 1G6<br>CANADA | | **Freight provider (ocean)** | | | | $163,624.47 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **JM Grain, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Safflower Technologies International PO Box 907 112 S 1st Ave #3A Laurel, MT 59044** | | **Grain Company** | | | | **$293,274.42** |
| **Trinity Logistics PO Box 62702 Baltimore, MD 21264** | | **Freight provider** | | | | **$14,087.75** |
| **Union Pacific Railroad Company PO Box 502453 Saint Louis, MO 63150-2453** | | **Freight provider** | | | | **$41,787.00** |

# United States Bankruptcy Court
## District of North Dakota

In re  **JM Grain, Inc.**                                                     Case No.
                           Debtor(s)                                          Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 25, 2019**                    **/s/ Justin E. Flaten**
                                           **Justin E. Flaten**/**President**
                                           Signer/Title

AGT FOODS
1611 E. CENTURY AVE., SUITE 102
BISMARCK, ND 58503-0780

COGESER
31 AVENUE DES CHAMPS-ELYSEES
PARIS 75008
FRANCE

FIRST WESTERN BANK & TRUST
P. O. BOX 1090
MINOT, ND 58702

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

COMMERCIAL LYNKS INC._
4709B EISENHOWER AVE.
ALEXANDRIA, VA 22304

FOOD EXPORT ASSOCIATION OF MH
309 W. WASHINGTON STREET
SUITE 600
CHICAGO, IL 60606

BENCH INDUSTRIES
PO BOX 3167
GREAT FALLS, MT 59430

CUMMINGS AG INC
PO BOX 152
BUXTON, ND 58218

FREIGHTQUOTE
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

BLACK LEAF FARMS, INC.
5130 US HIGHWAY 89
CHOTEAU, MT 59422

DAHL TRUCKING LLC
9240 HWY 1 SOUTH
LANGDON, ND 58249

GABINO SALAZAR IMPORT BROK
PASEO DE LA CASTELLANA, 188 D0
MADRID 28046
SPAIN

BNSF RAILWAY COMPANY
3110 SOLUTIONS CENTER
CHICAGO, IL 60677-3001

DAKOTA FIRE EXTINGUISHERS
5100 S BROADWAY
MINOT, ND 58701

GARRISON FARMERS UNION OIL N
PO BOX 429 HWY 37
GARRISON, ND 58540-0429

BRYAN RUSTAD
1823 50TH AVE NW
GARRISON, ND 58540

DON AND EDITH BAUMAN
2592 61ST AVE NW
RYDER, ND 58779

GLOBERUNNERS, INC.
7300 HUDSON BLVD N, SUITE 20
OAKDALE, MN 55128

BUHLER INC.
28064 NETWORK PLACE
CHICAGO, IL 60673-1280

FBN CM LLC
1627 W. MAIN
BOZEMAN, MT 59715

GREAT FALLS CHAMBER OF CO
100 1ST AVE. N.
GREAT FALLS, MT 59401

CANADIAN PACIFIC RAILWAY

FBN CM LLC
338 EL CAMINO REAL
SAN CARLOS, CA 94070

INFORMA EXHIBITIONS
101 PARAMOUND DRIVE
SUITE 100
SARASOTA, FL 34232

CANADIAN PACIFIC RAILWAY CO.
SOO LINE RAILROAD COMPANY
8290 COLLECTION CENTER DR.
CHICAGO, IL 60693-0082

FINKEN FARMS & SEEDS LLP
16300 - 359TH AVE SW
DOUGLAS, ND 58735

JACINTOPORT INTERNATIONAL L
DEPT. 1201
PO BOX 121201
DALLAS, TX 75312-1201

CENTRAL BAG COMPANY
PO BOX 37
LANSINGS, KS 66043

FIRST WESTERN BANK & TRUST
P. O. BOX 1090
900 S0UTH BROADWAY
MINOT, ND 58702

JAMES WALSH
2800 42ND ST NE
MINOT, ND 58703

JCCS PC
501 PARK DRIVE SOUTH
PO BOX 989
GREAT FALLS, MT 59403-0989

MARVIN FLATEN

PALMER LOGISTICS
PO BOX 732974
DALLAS, TX 75373-2974

JUNKERMIER, CLARK, CAMPANELLA, STEVENS
501 PARK DRIVE SOUTH
PO BOX 989
GREAT FALLS, MT 59403-0989

MAX FISHER
825 2ND AVE NW
MERCER, ND 58559

PARDUE GRAIN
ROGER SAMONS
64 PARDUE ROAD
CUT BANK, MT 59427

JUSTIN FLATEN
1803 BEECH DRIVE
GREAT FALLS, MT 59404

MINOT GRAIN INSPECTION, INC.
PO DRAWER B
MINOT, ND 58702-0210

PONDERA COLONY
300 PONDERA COLONY RD
VALIER, MT 59484

JUSTIN FLATEN

MONTANA STATE GRAIN LAB
PO BOX 1397
GREAT FALLS, MT 59403

PORT PACKAGING, LLC
14830A TALCOTT STREET
HOUSTON, TX 77015

JUSTIN PRESZLER
43800 102ND AVE SE
BRADDOCK, NO 58524

MONTANA STATE SEED LAB
PO BOX 173145
BOZEMAN, MT 59717-3145

PRIMESOURCE INC.
HARLEY FUDGE
PO BOX 6945
GREAT FALLS, MT 59406-6945

KOELNMESSE GMBH
MESSEPL. 1,
KöLN 50679
GERMANY

NAPA AUTO PARTS
35 2ND AVE SE
PO BOX 69
GARRISON, ND 58540

PUBLIC SERVICE COMMISSION
600 EAST BOULEVARD, DEPT. 40
BISMARCK, ND 58505-0480

LANCE WICKUM TRUCKING
100 HAGEN RD
SHELBY, MT 59474

NATURAL PRODUCTS EXPO WEST
24654 NETWROK PLACE
CHICAGO, IL 60673-1246

R B & C TRUCKING, INC.
532 KLENCK LANE
BILLINGS, MO 59105

LARRY A PEASE ESTATE
C/O HARVEY HUBER
680 48½ AVE NW
HAZEN, ND 58545

NORTH DAKOTA GRAIN INSPECTION SERVICES
2601 NORTH UNIVERSITY DRIVE
FARGO, ND 58102

R&R GRAIN
110 MAIN AVE NORTH
REGENT, ND 58650

LYLE HARRIS
8525 SLEEPY HOLLOW LANE
ELK GROVE, CA 95757

NORTHERN BAG AND BOX COMPANY
311 SOUTH 4TH STREET
SUITE 109
GRAND FORKS, ND 58206-5606

R. L. SWENSON FFP
422 2ND ST. SE
CUT BANK, MT 59427

MACMILLAN-PIPER, INC.
PO BOX 3514
SEATTLE, WA 98124-3514

OTTER TAIL POWER COMPANY
PO BOX 2002
FERGUS FALLS, MN 56538-2002

RADEMACHER TRUCKING INC.
KEVIN RADEMACHER-MC 281148
5767 N. 17TH AVE.
NORWICH, ND 58768

| | | |
|---|---|---|
| RAY-MONT LOGISTICS AMERICA INC.<br>1751 RICHARDSON, SUITE 4.500<br>MONTREAL, QC H3K 1G6<br>CANADA | STEVE SEIDLER<br>1760 34TH AVE NW<br>GARRISON, ND 58540 | VOLUME FREIGHT<br>203-990 LORIMER BLVD<br>WINNIPEG, MB R3P 0Z9<br>CANADA |
| RAYMOND CORCORAN TRUCKING, INC<br>532 KLENCK LANE<br>BILLINGS, MT 59101 | TCF EQUIPMENT FINANCE<br>11100 WAYZATA BOULEVARD<br>HOPKINS, MN 55305 | WASTE MANAGEMENT<br>PO BOX 42390<br>PHOENIX, AZ 85080 |
| REGIONAL PULSE CROP DIAGNOSTIC LABORATORY<br>PO BOX 173145<br>BOZEMAN, MT 59717-3145 | THOMPSON PARTNERS, L.L.P.<br>1940 SOUTH BROADWAY #475<br>MINOT, ND 58701 | WINSTON PUBLISHING<br>PO BOX 1707<br>GREAT FALLS, MT 59403 |
| REILE'S TRANSFER & DELIVERY, INC.<br>4007 33RD STREET NW<br>FARGO, ND 58106 | TOYOTA FINANCIAL SERVICES<br>PO BOX 660926<br>DALLAS, TX 75266-0926 | |
| RYAN WEBER<br>2241 29TH AVE SW<br>CENTER, ND 58530 | TOYOTA INDUSTRIES COMMERCIAL FINANCE<br>PO BOX 9050<br>COPPELL, TX 75019-9050 | |
| S & J HARDWARE<br>12 N MAIN ST<br>PO BOX 7<br>GARRISON, ND 58540 | TRINITY LOGISTICS<br>PO BOX 62702<br>BALTIMORE, MD 21264 | |
| SAFFLOWER TECHNOLOGIES INTERNATIONAL<br>PO BOX 907<br>112 S 1ST AVE #3A<br>LAUREL, MT 59044 | TSN INDUSTRIAL PACKAGING, LLC<br>PO BOX 3181<br>JACKSON, TN 38303 | |
| SAMA CONSULTING<br>ATTN: ESTEBAN DAVILA; C.C. 1020783178<br>CALLE 151 A NO.  45 60 TOREE 5 APTO 408<br>BOGOTA, 110131<br>COLOMBIA | TVEDT TRUCKING, INC.<br>PO BOX 294<br>WIBAUX, MT 59353 | |
| SOUTHLAND PULSE<br>SHAWN MADSEN<br>PO BOX 112<br>NOONAN, ND 58765 | UNION PACIFIC RAILROAD COMPANY<br>PO BOX 502453<br>SAINT LOUIS, MO 63150-2453 | |
| SPECTRUM BUSINESS<br>CHARTER COMMUNICATIONS<br>PO BOX 742614<br>CINCINNATI, OH 45274-2614 | VAN DESSEL & SONS<br>PO BOX 3186<br>GREAT FALLS, MT 59403 | |

# United States Bankruptcy Court
### District of North Dakota

In re  **JM Grain, Inc.**  
           Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **JM Grain, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 25, 2019**  
Date

**/s/ Caren W. Stanley**  
**Caren W. Stanley 06100**  
Signature of Attorney or Litigant  
Counsel for  **JM Grain, Inc.**  
**Vogel Law Firm**  
**218 NP Avenue**  
**P. O. Box 1389**  
**Fargo, ND 58107-1389**  
**(701) 237-6983 Fax:(701) 476-7676**  
**jbrakke@vogellaw.com**